14 So.2d 242

**Joe LASH v. STATE.**

**8 Div. 240.**

Supreme Court of Alabama.

June 10, 1943.

Rehearing Denied June 30, 1943.

Jos. A. Padway, of Washington, D. C., and Merwin T. Koonce and A. A. Williams, both of Florence, for the petition.

Wm. N. McQueen, Acting Atty. Gen., opposed.

LIVINGSTON, Justice.

The decision of the Court of Appeals, here sought to be reviewed by writ of certiorari, is in accord with the opinion of this Court rendered in response to a certified question from the Court of Appeals under section 88, Title 13, Code of 1940, 244 Ala. 48, 14 So.2d 229, and which opinion of this Court is set out in the report of the decision of the Court of Appeals. Joe Lash v. State, 14 So.2d 235. The writ is therefore denied.

Writ denied.

GARDNER, C. J., and THOMAS and BROWN, JJ., concur.